**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00981-CR

**RORY HOGENSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063011**

## ORDER

We have received Appellant's Pro Se Motion to Set Appeal Bond dated April 27, 2015. This is not the proper court in which to seek an appeal bond. TEX. CODE CRIM. PROC. art. 44.04. Furthermore, our record reflects that Garland Caldwell has been appointed to represent Appellant in the appeal. There is no right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Accordingly, Appellant's Pro Se Motion to Set Appeal Bond dated April 27, 2015, is **DENIED**.

/s/    DAVID L. BRIDGES
        PRESIDING JUSTICE